GABRIEL A. JACKSON, State Bar No. 98119
gjackson@jjr-law.com
JACKSON JENKINS RENSTROM LLP
55 Francisco Street, Suite 600
San Francisco, CA 94133
Tel:  415.982.3600
Fax: 415.982.3700

Attorneys for Defendant
FULKS-GRAHAM HOLDING COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. INSPECTION SERVICES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NL ENGINEERED SOLUTIONS, LLC, et al.,<br><br>Defendants. | No. 3:10-mc-80083-CRB (DMR)<br><br>Pending in the United States District Court for Southern District of Ohio, Western Division at Dayton, Case No. 3:06-cv-0372<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT FULKS-GRAHAM HOLDING COMPANY AND [PROPOSED] ORDER** |
| GREAT DANE LIMITED PARTNERSHIP,<br><br>Plaintiff,<br><br>v.<br><br>FULKS-GRAHAM HOLDING COMPANY, formerly known as U.S. INSPECTION SERVICES, INC., et al.,<br><br>Defendants. | |

TO:   THE COURT AND ALL PARTIES OF RECORD AND THEIR ATTORNEYS

    PLEASE TAKE NOTICE that John R. Wallace, Esq. of Jackson & Wallace, LLP, 55 Francisco Street, Suite 600, San Francisco, California 94133, has

Substitution of Attorney
No. Cv-10-mc-80083-CRB (DMR)                    1

previously associated in as counsel of record for Defendant Fulks-Graham Holding Company in the above-captioned matter. Now, Defendant Fulks-Graham Holding Company hereby substitutes Jackson Jenkins Renstrom, LLP as its counsel of record in this action. The contact information for new counsel is:

> Gabriel A. Jackson, Esq. (gjackson@jjr-law.com)
> JACKSON JENKINS RENSTROM, LLP
> 55 Francisco Street
> Suite 600
> San Francisco, CA 94133
> Telephone:   415-982-3600
> Facsimile:   415-982-3700

## CONSENT TO SUBSTITUTION

John R. Wallace, Esq. consents to this substitution of counsel.

Dated: June 10, 2010

By: /s/ John R. Wallace
JOHN R. WALLACE, ESQ.

Gabriel A. Jackson, Esq. consents to this substitution of counsel.

Dated: June 16, 2010            JACKSON JENKINS RENSTROM, LLP

By: /s/ Gabriel A. Jackson
GABRIEL A. JACKSON, ESQ.

Kurt Hunt, Esq. of Dinsmore & Shohl, LLP, 255 East Fifth Street, Suite 1900 Cincinnati, OH 45202, counsel for Defendant Fulks-Graham Holding Company in the matter pending in the United States District Court for Southern District of Ohio, Western Division at Dayton, Case No. 3:06-cv-0372, consents to this substitution of counsel.

| | | |
|---|---|---|
| 1 | Dated: June 11, 2010 | DINSMORE & SHOHL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | PETER GEORGITON, ESQ. |
| 5 | IT IS SO ORDERED: | |
| 6 | Dated: 6/18/10 | |
| 7 | | By: _____ |
| 8 | | HONORABLE DONNA M. RYU |
| | | UNITED STATE MAGISTRATE JUDGE |

JACKSON & WALLACE LLP
SAN FRANCISCO

Substitution of Attorney
No. Cv-10-mc-80083-CRB (DMR)            3